**RECORD NO. 13-4550**

# In The
# United States Court Of Appeals
# For The Fourth Circuit

**UNITED STATES OF AMERICA,**

*Plaintiff – Appellee,*

v.

**LEE SMITH, a/k/a Lee Ernest Smith,**

*Defendant – Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
AT GREENSBORO**

_____

**BRIEF OF APPELLANT**
_____

**Theresa A. Kennedy**
**LAW OFFICES OF**
  **THERESA A. KENNEDY, LLC**
**P. O. Box 367**
**Washington, NJ  07782**
**(908) 239-6205**

*Counsel for Appellant*

*Gibson*Moore Appellate Services, LLC
421 East Franklin Street ♦ Suite 230 ♦ Richmond, VA 23219
804-249-7770 ♦ www.gibsonmoore.net

# **TABLE OF CONTENTS**

**PAGE:**

TABLE OF AUTHORITIES ................................................................................... ii

NATURE OF THE APPEAL ................................................................................... 1

STATEMENT OF JURISDICTION ......................................................................... 1

STATEMENT OF THE ISSUE ................................................................................ 2

STATEMENT OF THE CASE AND OF THE FACTS ........................................... 2

SUMMARY OF ARGUMENT ................................................................................ 3

ARGUMENT ............................................................................................................ 4

    I.    AFTER A THOROUGH AND EXTENSIVE SEARCH OF THE RECORD, COUNSEL FOR MR. SMITH HAS CONCLUDED THAT THERE ARE NO MERITORIOUS GROUNDS TO BE RAISED .............................................................. 4

        A.    Standard of Review ................................................................... 4

        B.    Discussion .................................................................................. 4

CONCLUSION ......................................................................................................... 6

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF FILING AND SERVICE

# TABLE OF AUTHORITIES

**PAGE(S):**

**CASES:**

*Anders v. California*,
    386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) .................................. 1, 3, 4

*McCoy v. Wisconsin*,
    486 U.S. 429, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988) ................................ 1, 3

*Penson v. Ohio*,
    488 U.S. 75, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988) ..................................... 1, 3

*United States v. DeFusco*,
    949 F.2d 114 (4th Cir. 1991) ................................................................................. 5

*United States v. Martinez*,
    277 F.3d 517 (4th Cir. 2002) ................................................................................. 5

**STATUTES:**

18 U.S.C. § 922(g)(1) ................................................................................................. 2

18 U.S.C. § 924(a)(2) ................................................................................................. 2

18 U.S.C. § 3231 ........................................................................................................ 1

28 U.S.C. § 1291 ........................................................................................................ 1

**RULES:**

Fed. R. Crim. P. 11 ............................................................................................ 4, 5, 6

Fed. R. Crim. P. 11(b)(1) ........................................................................................... 5

Fed. R. Crim. P. 11(b)(2) ...................................................................................5

Fed. R. Crim. P. 11(b)(3) ...................................................................................5

**SENTENCING GUIDELINE:**

U.S.S.G. § 3 E1.1(b)............................................................................................3

## NATURE OF THE APPEAL

Appellant Lee Smith is submitting this brief to the Court pursuant to the decision in *Anders v. California*, 386 U.S. 738 (1967), as more fully explained in *McCoy v. Wisconsin*, 486 U.S. 429 (1988), and *Penson v. Ohio*, 488 U.S. 75 (1988). Undersigned counsel has determined, after a careful examination of the record in his case, that Mr. Smith has no meritorious grounds for direct appeal. Undersigned counsel has, however, set forth below an issue for the Court's consideration. A copy of this brief will be served on Mr. Smith and he will be informed of his right to file a *pro se* supplemental brief raising any additional issues within a reasonable time.

## STATEMENT OF JURISDICTION

This appeal is from a final judgment of conviction in the United States District Court for the Middle District of North Carolina, (Whitney, C.J.). The district court's subject matter jurisdiction was derived from 18 U.S.C. § 3231. This Court has jurisdiction by virtue of 28 U.S.C. § 1291. The judgment was filed in this matter on July 24, 2013.

Appellant filed his Notice of Appeal on July 24, 2013.

## STATEMENT OF THE ISSUE

After an extensive review of the entire record in this case, Counsel for the Defendant has concluded that there are no meritorious grounds to be raised on Mr. Lee Smith's behalf. Nevertheless, the Appellant questions whether his sentence was appropriate. The Appellant contends that the Probation Office used an undocumented purported prior conviction in Page 45 of the Presentence Report (Sealed). Secondly, Mr. Lee Smith contends that he showed remorse and assisted authorities in the investigation and prosecution (Addendum to Presentence Report Sealed).

This Court must review the entire record in this case to determine whether there are any meritorious issues that counsel has overlooked.

## STATEMENT OF THE CASE AND OF THE FACTS

The Grand Jury for the Middle District of North Carolina returned an Indictment on October 29, 2012. The indictment charges that on June 12, 2012, the defendant possessed a Rossi .38 caliber handgun, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2). The offense occurred in Davidson County, North Carolina. Defendant executed a plea agreement on March 8, 2013. The District Court then conducted the sentencing hearing on July 12, 2013.

The plea agreement included the provision that if the Court determines at the time of sentencing that the defendant qualifies for a two level decrease in the

offense level for the acceptance of responsibility, pursuant to U.S.S.G. § 3 E1.1(b), that the offense level and the offense level prior to the operations of that guideline is 16 or greater, then the U.S. will recommend an additional one-level decrease, pursuant to U.S.S.G. § 3 E1.1(b).

At the sentence hearing, the District Court advised Mr. Lee Smith of the essential elements of the offense of the statutory penalties and he insured that there was an independent basis, in fact, for the plea. The Appellant maintained his objection on the acceptance of responsibility.

The District Court allowed for the acceptance of responsibility which made the total offense level 30. The criminal history remains low. The Court determined that the guidelines service time is 180 (Transcript, P. 7, July 12, 2013) The District Court sentenced Mr. Lee Smith to 180 months (Transcript, P. 10, July 12, 2013).

## SUMMARY OF ARGUMENT

This brief is submitted to the Court pursuant to the decision in *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), as more fully explained in *McCoy v. Wisconsin*, 486 U.S. 429, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988) and *Penson v. Ohio*, 488 U.S. 75, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988). Counsel for the Appellant has determined, after a conscientious examination of the whole record that Mr. Smith has no meritorious grounds for

3

appeal. Nonetheless, this brief is submitted to fulfill the Defendant's desire to pursue an appeal from his conviction and sentence.

## ARGUMENT

### I. AFTER A THOROUGH AND EXTENSIVE SEARCH OF THE RECORD, COUNSEL FOR MR. SMITH HAS CONCLUDED THAT THERE ARE NO MERITORIOUS GROUNDS TO BE RAISED.

#### A.   Standard of Review

The standard of review of an *Anders* submission is de novo of the entire record and all pertinent documents. *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

#### B.   Discussion

After a thorough and extensive search of the record, the undersigned has concluded that there are no meritorious grounds to be raised on Mr. Smith's behalf in this appeal. Though the undersigned has reached this conclusion, counsel does assert as alternative arguments that the Defendant's guilty plea was not knowingly or voluntarily entered.

Rule 11 of the Federal Rules of Criminal Procedure requires that the district court—prior to accepting a guilty plea—conduct a colloquy to inform the defendant of the charges to which he is pleading guilty, and to determine whether the defendant comprehends the nature of the charges, any mandatory minimum penalty, the maximum statutory penalty, and the rights the defendant waives by

pleading guilty (Fed. R. Crim. P. 11(b)(1). The District Court must also make sure that the defendant's plea is knowing and voluntary and that there is an independent factual basis for the entry of the plea. Fed. R. Crim. P. 11(b)(2), (3). In reviewing a district court's Rule 11 colloquy, this Court affords deference to the district court's decision about how to conduct the colloquy. *United States v. DeFusco*, 949 F.2d 114, 116 (4th Cir. 1991). If a defendant does not move to withdraw his guilty plea in the district court, or if no objections are raised to the Rule 11 colloquy, this Court reviews the colloquy for plain error. *United States v. Martinez*, 277 F.3d 517, 524-26 (4th Cir. 2002).

The Defendant did not move to withdraw his guilty plea, nor did he raise any objections to the Rule 11 colloquy. Upon a review of the transcript of the Rule 11 hearing, the district court advised the Defendant of the charges he was pleading guilty to; the essential elements that the Government must prove if the Defendant chose to go to trial; the maximum statutory penalty for Count One. Next, the district court advised Mr. Smith of the constitutional rights that he would be giving up upon the acceptance of a guilty plea to Count One. Mr. Smith indicated that he understood each of the above admonitions. Further, the presentence report contained a detailed factual description of the offense of conviction and the relevant statutory penalties. An objection was made to the fact set forth herein, regarding the prior conviction record.

Thus, it appears that the district court complied with Rule 11's requirements.

## CONCLUSION

Appellant respectfully asks the Court of Appeals for the Fourth Circuit to review the record carefully to determine if there are issues of merit which may be raised and which would warrant the Court's vacating the district court's judgment. This, the 21th day of January, 2014.

**Theresa A. Kennedy**
/s/ *Theresa A. Kennedy*
Attorney for Appellant Lee Smith
P.O. Box 367
Washington, NJ 07882-0367
Phone:(908) 239-6205
tkennedyesq@verizon.net

6

## **CERTIFICATE OF COMPLIANCE WITH RULE 32(a)**
Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements

1. This brief is in compliance with Fed R. App. P. 32 (a)(7)(B), excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), and contains <u>1,165</u> words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

3. This brief has been prepared in a proportional spaced typeface using Microsoft Word in <u>14 point Times New Roman</u>.

/s/ Theresa A. Kennedy
Theresa A. Kennedy

Dated: January 21, 2014

# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on January 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

   Graham T. Green, Assistant U. S. Attorney
   OFFICE OF THE UNITED STATES ATTORNEY
   101 South Edgeworth Street
   4th Floor
   Greensboro, NC  27401
   (336) 333-5351

   *Counsel for Appellee*

I further certify that one copy of the brief was mailed to the Defendant at his last known address of:

   Lee Smith- # 28812-057
   Petersburg Low FCI
   1100 River Road
   Hopewell, Virginia  23860

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

                               /s/ Karen R. Taylor
                               Karen R. Taylor
                               GIBSON MOORE APPELLATE SERVICES, LLC
                               421 East Franklin Street
                               Suite 230
                               Richmond, VA  23219